UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| VONSHUN THOMAS, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) No. 1:23-cv-305 ) ) Judge Curtis L. Collier |
| LINCOLN COUNTY JAIL and MIKE PITTS, | ) ) ) Magistrate Judge Susan K. Lee ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

On March 28, 2024, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation (the "R&R") recommending the Court dismiss Plaintiff's complaint against Defendants. (Doc 1.) No party has filed a timely objection to the R&R.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 10). Plaintiff's complaint against Defendants is **DISMISSED.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 */s/ LeAnna R. Wilson*
 CLERK OF COURT